```
               FILED              RECEIVED
               ENTERED            SERVED ON
                       COUNSEL/PARTIES OF RECORD

                       JUL 2 2 2010

                    CLERK US DISTRICT COURT
                      DISTRICT OF NEVADA
               BY:                        DEPUTY
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 2:09-CR-337-JCM (RJJ) |
| SETH SHRAUNER, a.k.a. Seth Shravner, | ) |
| Defendant. | ) |

## FINAL ORDER OF FORFEITURE AS TO DEFENDANT SETH SHRAUNER, a.k.a. Seth Shravner

On April 9, 2010, this Court entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c) forfeiting property of defendant SETH SHRAUNER, a.k.a. Seth Shravner to the United States of America;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED pursuant to Fed. R. Crim. P 32.2(b)(4)(A) and (B) that the forfeiture of the property named in the Preliminary Order of Forfeiture is final as to defendant SETH SHRAUNER, a.k.a. Seth Shravner.

DATED this 22nd day of July, 2010.

_____
UNITED STATES DISTRICT JUDGE