# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 2:09-CR-337-JCM (RJJ) |
| SETH SHRAUNER aka Seth Shravner, | ) |
| Defendant. | ) |

# FINAL ORDER OF FORFEITURE

On April 9, 2010, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), based upon the plea of guilty by defendant SETH SHRAUNER aka Seth Shravner to a criminal offense, forfeiting specific property alleged in the Indictment and shown by the United States to have a requisite nexus to the offense to which defendant SETH SHRAUNER aka Seth Shravner pled guilty.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law on July 22, 2010, July 29, 2010 and August 5, 2010, in the Las Vegas Review-Journal/Sun, notifying all known third parties of their right to petition the Court.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

1   THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

   a.   .380 caliber Jimenez Arms Pistol, Model JA380, serial number 065274; and
   b.   any and all ammunition.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED this 6th day of October, 2010.

_____
UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

I, Heidi L. Skillin, certify that the following individuals were served with copies of the Final Order of Forfeiture on October 4, 2010 by the below identified method of service:

E-mail/ECF

Paul Riddle
Federal Public Defender
411 E. Bonneville, Suite 250
Las Vegas, NV 89101
ECF_Vegas@FD.ORG
*Counsel for* Seth Shrauner

       /s/ HeidiLSkillin
HEIDI L. SKILLIN
Forfeiture Support Associate Clerk